UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v.                                                       ) <br> ) <br> MARCO DE LA CRUZ,                     ) <br> ) <br> Defendant.                                ) | CASE NUMBER: 2:13-mj-00284-AC <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Marco De La Cruz</u>; Case <u>2:13-mj-00284-AC</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, co-signed by defendant's brothers Rafael De La Cruz and Jesus De La Cruz

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond

    __    Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions; 3rd party custody of Farid Yadollahi</u>

Issued at <u>Sacramento, CA</u> on <u>9/19/2013</u> at <u>9:10 AM</u>.

By _____
Kendall J. Newman
United States Magistrate Judge